21596. RUSSELL *et al.* v. HOGE *et al.*

ALMAND, Justice. This case is controlled by *Russell v. Hoge, ante.*

*Judgment affirmed. All the Justices concur.*

ARGUED APRIL 10, 1962—DECIDED APRIL 20, 1962— REHEARING DENIED MAY, 7, 1962.

*James H. Neal, Joseph B. Kilbride,* for plaintiffs in error. *Albert B. Wallace,* contra.